UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY KANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEBBANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>　　　　Defendants. | No.  2:25-cv-01277-JHC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF THE DEADLINE FOR WEBBANK TO RESPOND TO THE COMPLAINT** |

　　Based upon the unopposed motion of defendant WebBank for an extension of the deadline for Defendants to respond to Plaintiff's Complaint, Dkt. # 6, it is hereby ORDERED that the deadline for WebBank is extended to August 26, 2025.

　　Dated this 5th day of August, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION
OF DEADLINE FOR WEBBANK TO RESPOND TO COMPLAINT
[2:25-cv-01277] - 1