UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| Jenny Kang,<br><br>  Plaintiff,<br><br>  v.<br><br>WebBank, Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union LLC,<br><br>  Defendants. | Case No. 2:25-cv-01277-JHC<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND ORDER** |

**STIPULATED MOTION**

Defendant Equifax Information Services, LLC ("Equifax") and plaintiff Jenny Kang move the Court for an Order extending the deadline for Equifax to answer, plead, or otherwise respond to plaintiff's Complaint, up to and including October 9, 2025.

1. Plaintiff filed this Complaint on July 8, 2025.
2. Equifax was served with the Complaint on July 11, 2025.
3. Equifax's time to respond to the Complaint is currently September 9, 2025.
4. Equifax requests additional time to file its responsive pleading through and including October 9, 2025, so that the parties may engage in settlement negotiations.
5. Plaintiff consent to this motion.
6. The request is made in good faith and not for the purpose of delay.

7. Equifax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

Wherefore, both parties respectfully request that this Court grant defendant Equifax an extension of time up to and including October 9, 2025, within which to serve its responses to the Complaint.

DATED: September 9, 2025.

MARKOWITZ HERBOLD PC

*s/ Stanton R. Gallegos*
Stanton R. Gallegos, WSBA #53430
StantonGallegos@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Attorney for Defendant Equifax Information Services, LLC*

SANDERS LAW GROUP

*s/ Craig B. Sanders*
Craig B. Sanders, WSBA #46986
csanders@sanderslaw.group
*Of Attorneys for Jenny Kang*

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE
PLEADING TO COMPLAINT, AND ORDER - 2
Case No. 2:25-cv-01277-JHC

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by October 9, 2025.

DATED: September 9, 2025.

_____
John H. Chun
United States District Judge