UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jenny Kang,<br><br>    Plaintiff,<br><br> v.<br><br>WebBank, Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>    Defendants. | No. 2:25-cv-01277-JHC<br><br>STIPULATION & ORDER OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff Jenny Kang and defendant WebBank, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

Stipulation & Order of Dismissal
CASE NO: 2:25-cv-01277

1

1 | Dated: December 12, 2025

| SANDERS LAW GROUP | MARTIN BISCHOFF, LLP |
|---|---|
| By: */s/ Craig B. Sanders* <br> Craig B. Sanders, Esq., WSBA #46986 <br> 333 Earle Ovington Blvd, Suite 402 <br> Uniondale, NY 11553 <br> Tel: (516) 203-7600 <br> Email: csanders@sanderslaw.group <br> File No.: 131960 <br> *Attorneys for Plaintiff* | By: */s Michael Farrell* <br> Michael Farrell, Esq., WSBA #18897 <br> 620 SW Fifth Ave., Suite 300, <br> Portland, OR 97204 <br> Tel: (503) 914-2015 <br> Email: mfarrell@mblglaw.com <br> *Attorneys for Defendant* |

IT IS SO ORDERED.

Dated this 15th day of December, 2025.

_____
John H. Chun
United States District Judge

Stipulation & Order of Dismissal
CASE NO: 2:25-cv-01277

1